COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Julie A. Roberts v. Nexus Health Systems, Inc.

Appellate case number:   01-19-00175-CV

Trial court case number:  2016-84120

Trial court:             334th District Court of Harris County

Appellant is appealing from a judgment signed February 26, 2019. Appellant has filed a motion to abate the appeal, asserting that the judgment failed to award an amount of attorney's fees and a hearing is scheduled on May 3, 2019, concerning appellant's objection and motion to strike the grant of attorney's fees. Appellee has not opposed the motion.

The Court **grants** the motion and **abates** the appeal for **30 days**. The appeal is abated, treated as a closed case, and removed from this court's active docket. A supplemental clerk's record, containing the trial court's ruling concerning attorney's fees shall be filed in this Court **within 45 days of the date of this order**.

The appeal will be reinstated on this court's active docket when the court receives the supplemental clerk's record containing the trial court's ruling on attorney's fees. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.


Judge's signature: __Justice Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date: __April 11, 2019__